No. 10–10362. HOUFF v. COURSEY, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 10–10368. BATSHEVER v. JAFAR ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 10–10370. BERTANELLI v. UNKNOWN PARTIES. C. A. 9th Cir. Certiorari denied.

No. 10–10371. BURKS v. MASTERS ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–10374. BUSH v. PHILADELPHIA POLICE DEPARTMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–10379. RIVERA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–10380. ROUSE v. THOMPSON, COMMISSIONER, KENTUCKY DEPARTMENT OF CORRECTIONS. C. A. 6th Cir. Certiorari denied.

No. 10–10382. RODRIGUEZ RENEGIFO ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10387. BELL v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–10392. KRIEGER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–10394. WILLIAMS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–10397. EFFRON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10404. JENKINS v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 10–10405. LIBBY v. CORTEZ MASTO, ATTORNEY GENERAL OF NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.